# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHARLES ALAN CARVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1096

_____

July 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Charles Alan Carver, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.